No. 77–119. RUSKAY ET AL. *v.* WADDELL ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.